ABBY RISNER (Mo. Bar No. 57999) (*pro hac vice pending*)
alr@greensfelder.com
**GREENSFELDER, HEMKER & GALE, P.C.**
10 South Broadway, Ste. 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Facsimile: (314) 241-8624
alr@greensfelder.com

Traci S. Lagasse (SBN: 180976)
tlagasse@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
626 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017
Telephone: (213) 817-9152
Facsimile: (213) 817-9154

Attorneys for Defendant
**WESTMATIC CORPORATION**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N/S CORPORATION | Case No. 2:23-cv-05245-FLA-MAR |
| Plaintiff, | Stipulation to Continue Hearing Date on Defendant's Motion to Dismiss and Motion to Strike the Complaint |
| v. | |
| WESTMATIC CORPORATION and DOES 1 through 50, Inclusive, | Complaint served: August 23, 2023 |
| Defendants | Motion filed: October 11, 2023 |
| | Current Hearing Date: Dec. 1, 2023<br>New Hearing Date: Jan. 5, 2024 |

1
2

**Stipulation to Continue Hearing Date on Motion to Dismiss
and Motion to Strike the Complaint**

3
4
5
6
7
8

    Plaintiff N/S Corporation and Defendant Westmatic Corporation, through their undersigned counsel, hereby stipulate to continue the hearing on its Motion to Dismiss and Motion to Strike Plaintiff's Complaint (Dkt. 22) to January 5, 2024. On October 18, 2023, Defendant noticed its motion for hearing on its Motion to Dismiss on December 1, 2023. The Parties stipulate to continue the hearing to January 5, 2024.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  November 17, 2023         Respectfully submitted:

2

3                              ___s/ Thomas H. Citron_____

4                              Attorneys for Plaintiff
                               **N/S CORPORATION**
5

6

7                              ___s/ Abby L. Risner_____

8                              Attorneys for Defendant
                               **WESTMATIC CORPORATION**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the **Stipulation to Continue Hearing on Defendant's Motion to Dismiss** with the Clerk of the Court for the United States District Court, Central District by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Central District CM/ECF system.

<u>s/ Abby L. Risner</u>

4881-8243-2657 v.1